**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| DONALD ROY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | )   No. 1:21-cv-02045-TWP-TAB |
| AUTUMN TRAILS APARTMENTS, VANDY | ) |
| MARIE BAUER, GILLIAN DOWNHAM, | ) |
| and MUHAMED BECOVIC, | ) |
| | ) |
| Defendants. | ) |

**ENTRY DISMISSING ACTION AND**
**DIRECTING ENTRY OF FINAL JUDGMENT**

In the Entry of July 19, 2021, the Court screened the Complaint and explained that it is subject to dismissal for lack of jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B) because there were no allegations supporting diversity jurisdiction between the parties or federal question jurisdiction (Filing No. 3). The Court gave the Plaintiff an opportunity to amend his Complaint no later than August 13, 2021, and show cause why this case should not be dismissed because of a lack of subject-matter jurisdiction.

The Plaintiff filed an Amended Complaint on August 11, 2021 (Filing No. 5); however, the filing fails to address or cure the problem of the initial Complaint concerning a lack of subject-matter jurisdiction. The Court gave notice to the Plaintiff regarding the jurisdictional deficiencies of his initial Complaint and provided him with an opportunity to respond. *See Aljabri v. Holder*, 745 F.3d 816, 819 (7th Cir. 2014). Because the Plaintiff has failed to cure the deficiencies of his initial Complaint, for the reasons discussed in the screening Entry, this action is **dismissed for lack of jurisdiction**. *See* 28 U.S.C. § 1915(e)(2)(B). Final judgment consistent with this Entry will be issued under separate order.

**SO ORDERED.**

Date:   8/25/2021

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

DONALD ROY SMITH
7355 Shadeland Station Way, Apt. 130
Indianapolis, IN 46256